UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No.  14-20346
                      Hon. Matthew F. Leitman

JOSHUA TUCHOLSKI,

    Defendant.

_____/

**ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF**

On January 30, 2015, Defendant Joshua Tucholski ("Tucholski") pleaded guilty to one count of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).  The Court sentenced Tucholski to 132 months of incarceration. (*See* ECF #37.)  On September 6, 2016, Tucholski filed a motion to vacate his sentence under 18 U.S.C. § 2255 (the "Motion to Vacate"). (*See* ECF #41.)  The Government filed its response to the Motion to Vacate on October 21, 2016. (*See* ECF #45.)  The Government's filing included a certification that it had served Tucholski with a copy of its response. (*See id.* at 11, Pg. ID 397.)

Tucholski filed a reply brief on November 9, 2016. (*See* ECF #46.)  In his reply, Tucholski asserts that he never received a copy of the Government's response brief. (*See id.*)  The Government re-served its response on Tucholski on November 10, 2016. (*See* Certificate of Service, ECF #47.)

1

Based on Tucholski's representations that he did not receive the Government's response brief, the Court concludes that a brief extension of time to file a reply brief is warranted.  Accordingly, **IT IS HEREBY ORDERED** that Tucholski shall file his reply brief by no later than **December 30, 2016**.  Tucholski must serve his reply in sufficient time so that it **received by the Court** by that date.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 16, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113